IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  KA and KM DEVELOPMENT, INC.,

   Debtor,

CASE NO.: 6:09-bk-06245-KSJ
CHAPTER 11

JAMES FRANCIS ROONEY and
TERESA ROONEY,

   Plaintiffs,

v.

ADV. PROC. NO.: 6:09-ap-00852-KSJ

KA AND KM DEVELOPMENT, INC.,
TITLECONCEPTS, LLC, a Florida
corporation, SUNTRUST BANK,
VINOD KALIDAS, NIRMAKSEE
KALIDAS, and ARTI V. KALIDAS,

   Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND COMPLAINT

**THIS CAUSE** refers to documents #6 on the docket and has come before the Court this day, and after review of the court file and having been otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Amend Complaint is GRANTED, and Plaintiff shall have ~~five (5)~~ 14 days from the date of this Order to file the Amended Complaint.

**DONE AND ORDERED** this 23rd day of November 2009, in Chambers in Orlando, Orange County, Florida.

            KAREN S. JENNEMANN
            U.S. Bankruptcy Court Judge

cc: Mario A. Garcia, Esq., 400 N. Fern Creek Ave., Orlando, FL 32803
   KA and KM Development, Inc., 8865 Commodity Cr., 14B, Orlando, FL 32819
   Elizabeth A. Green, Esq., 390 N. Orange Ave., Suite 600, Orlando, FL 32801
   L. William Porter III, Esq., 215 N. Eola Dr., P.O. Box 2809, Orlando, FL 32802-2809
   Office of the U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801
   Vinod Kalidas, 10641 Holly Crest Dr., Orlando, FL 32836
   Arti Kalidas, 8865 Commodity Cr., Suite 14B, Orlando, FL 32819